# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

          **Plaintiff,**

-vs-                                          Case No. 3:23-CR-37-01

**NINA DARLING**

          **Defendant.**

## ORDER REGARDING MENTAL STATUS EVALUATION

This case is before the Court upon the August 17, 2023, report of Lisa Feldman, Psy.D. and the January 18, 2024, report of Jennifer O'Donnell, Psy.D. to whom the Defendant was referred for examination and evaluation pursuant to title 18 U.S.C. §4241. A copy of each report was provided to Counsel.

At the Competency Hearing on February 15, 2024, Counsel for the Defendant and Government acknowledge receiving the reports of Dr. Feldman and Dr. O'Donnell. Reports were marked as Court's Exhibit 1 and 2. No further evidence was presented.

Therefore, based upon the stipulations of Counsel, and the opinions of Dr. Feldman and Dr. O'Donnell contained in the forensic reports, filed under seal with this Court, the Court FINDS the Defendant competent to stand trial.

**DONE** and **ORDERED** in Dayton, Ohio, this 22nd day of February, 2024.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT